UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In Re:**<br><br>**Rahul Dev Manchanda** | Case No. 23-22095 (SHL) |
| **Douglas Senderoff**,<br><br>Plaintiff;<br><br>v.<br><br>**Rahul Manchanda**,<br><br>Defendant. | Adv. Pro. No. 23-07008 (SHL) |

## ORDER DENYING MOTION TO DISMISS

Upon consideration of the Motion to Dismiss filed by Defendant and Debtor Rahul Dev Manchanda [AP-ECF 4] (the "Motion"), after considering the Opposition filed by Plaintiff and Creditor Douglas Senderoff [AP-ECF 9] and the arguments of the parties at the hearing on May 16, 2023, and for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED:**

1. The Motion is denied; and
2. Defendant shall file an answer to the Complaint within 14 days of the date of this order.

Dated: White Plains, New York
　　　　May 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Sean H. Lane*
　　　　　　　　　　　　　　　　　　　　　　　　**United States Bankruptcy Judge**